The City of Philadelphia, Appellant, *v.* Annesley N. Keithler et al., and David H. Lane, Clement Keen and John Simon.

Argued Jan. 22, 1896.   Appeal, No. 155, July T., 1895, by plaintiff, from judgment, for less than claim, of C. P. No. 3, Phila. Co., June T., 1880, No. 770, for want of a sufficient affidavit of defense.   Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Reversed.

*Errors assigned* were (1) in assessing damages at $7,942.50; (2) in not assessing damages at $19,016.35.

*E. Spencer Miller*, assistant city solicitor, *John L. Kinsey*, city solicitor, with him, for appellant.

*Joseph de F. Junkin*, for appellees.

OPINION BY MR. CHIEF JUSTICE STERRETT, Feb. 17, 1896:

This case, in which the plaintiff is appellant, was argued with No. 141, July term, 1895, supra        , in which some of the defendants appealed from the same judgment.   In an opinion just filed in the last-mentioned case, the judgment has been reversed and the record remitted to the court below.   That virtually disposes of the appeal in this case, and the same is dismissed with costs to be paid by appellant.